**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALEKSEY DMITRENKO <br> 3336 Laguna Street, #201 <br> San Francisco, CA  94123 | * <br><br> * | |
| Plaintiff | * | CIVIL ACTION NO.: |
| v. | * | |
| FIRST TRANSIT, INC. <br> 600 Vine Street, Suite 1400 <br> Cincinnati, OH  45202 | * <br><br> * | In the Superior Court for the <br> District of Columbia <br> Case No.:  2019 CA 002945 V |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL**

TO:   United States District Court for the District of Columbia

Superior Court for the District of Columbia

Daniel S. Singer, Esquire
Kenneth M. Trombly, Esquire
Trombly & Singer, PLLC
1825 K Street, N.W., Suite 1150
Washington, D.C.  20006
*Attorneys for Plaintiff*

PLEASE TAKE NOTICE that Defendant, First Transit, Inc., by and through its attorneys, Robin E. Hauptmann and Downs Ward Bender Hauptmann & Herzog, P.A., hereby remove this civil action from the Superior Court for the District of Columbia pursuant to 28 U.S.C. §§ 1332, 1441.  The grounds for this removal are as follows:

1. On or about May 3, 2019, a civil action was commenced and is now pending in the Superior Court of the District of Columbia wherein Aleksey Dmitrenko is the Plaintiff and First Transit, Inc. is the Defendant.  That action has been designated case number 2019 CA 002945 V

by the Clerk of the aforementioned Court. On or about June 11, 2019, Plaintiff served the Summonses and Complaint on Defendant, First Transit, Inc. by serving its resident agent, CT Corporation System.

2. Upon information and belief, Plaintiff, Aleksey Dmitrenko is a citizen and resident of the State of California.

3. Defendant, First Transit, Inc. is a corporation of the State of Ohio, with its principal office located at 600 Vine Street, Suite 1400, Cincinnati, Ohio 45202.

4. This Court has original diversity jurisdiction of this action under 28 U.S.C. § 1332 because of the complete diversity of citizenship among the parties and because the amount in controversy exceeds $75,000. Therefore, this case is properly removable to this Court under 28 U.S.C. § 1441(a).

5. Plaintiff's Complaint asserts negligence as a result of the Plaintiff, Aleksey Dmitrenko, being struck by a vehicle while a pedestrian at or near the intersection of Pennsylvania Avenue, NW and 14th Street, N.W., in Washington, D.C., on or about September 7, 2016.

6. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, motions and orders thus far served upon and/or received by Defendant in Case No. 2019 CA 002945 V are attached hereto as Exhibit A.

7. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), in that it is filed within thirty (30) days of receipt of Plaintiff's Complaint by Defendant, First Transit, Inc.

8. Notice of the filing of this Notice of Removal will be given to Plaintiff and will be filed with the Clerk of the Superior Court of the District of Columbia pursuant to 28 U.S.C. § 1446(d). *See,* Exhibit B.

3

WHEREFORE, for the reasons stated above, Defendant, First Transit, Inc., hereby requests that this action proceed in this Court as an action properly removed to this Court.

Respectfully submitted,

/s/ *Robin E. Hauptmann*
Robin E. Hauptmann, D.C. Bar No. 461764
DOWNS WARD BENDER
  HAUPTMANN & HERZOG, P.A.
Executive Plaza III, Suite 400
11350 McCormick Road
Hunt Valley, Maryland  21031
Phone:  410-584-2800
Fax:  410-584-2020
rehauptmann@downs-ward.com
*Attorneys for Defendant, First Transit, Inc.*

Dated:   July 1, 2019